# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>    MICHAEL DEMPSEY<br>    PATRICIA COKKINOS-DEMPSEY,<br>                Debtors. | )<br>)<br>)<br>)<br>)  Chapter 13<br>)  Case No. 08-43599-JBR<br>)<br>)<br>)<br>) |

## ORDER CONFIRMING CHAPTER 13 PLAN

The debtors filed a Chapter 13 Plan (the "Plan") on November 4, 2008. The debtors filed a Certificate of Service dated November 4, 2008, reflecting that the Plan was served on all creditors and parties in interest. No objections to the confirmation of the Plan were filed or all objections were overruled by the Court or resolved by the parties. Upon consideration of the foregoing, the Court hereby orders the following:

1. The Plan is confirmed. The term of the Plan is **60** months.

2. The debtors shall pay to the Chapter 13 Trustee the sum of **$171.00** per month commencing November 25, 2008, which payments shall continue through completion of the Plan and shall be made on the 25th day of each month unless otherwise ordered by the Court. **Payments shall be made by Money Order or Bank Treasurer's check (personal checks will not be accepted) and shall be made payable to and forwarded to:**

**Denise M. Pappalardo, Chapter 13 Trustee**
**P.O. Box 16607**
**Worcester, MA 01601**

3. The effective date of confirmation of the Plan is November 25, 2008. The disbursements to be made by the Chapter 13 Trustee pursuant to the confirmed plan are set forth on the attached summary which is incorporated by reference. Interested parties should consult the detailed provisions of the Plan for treatment of their particular claims and other significant provisions of the Plan. Pursuant to 11 U.S.C. § 1327, the provisions of the confirmed Plan bind the debtors and all creditors. The conditions for vesting of real property in the debtors are set forth in Section E, Other Provisions, of this order.

*Joel B. Rosenthal*

Dated:                                                                   4/9/2010

United States Bankruptcy Judge

## SUMMARY OF DISBURSEMENTS TO BE MADE UNDER THE PLAN

**A. Secured Claims:**

    1. Modified Secured Claims:

HSBC Mortgage Services (the "Second Mortgagee") holder of a lien on the property located at 5 Dartmouth Drive, in Billerica, Massachusetts, is modified pursuant to 11 U.S.C. §506 and is being treated as wholly unsecured and is included in the unsecured total as set forth in section D.*

    2. Unmodified Secured Claims:
        NONE.

    3. Real Estate Tax Claims:
        NONE.

**B. Administrative Claims**:

| Creditor: | Claim | Term |
|---|---|---|
| Nina M. Parker, Esq. | $2,500.00 | 12 Months |

**C. Priority Claims**:
        NONE.

    1. Other Tax Claims

| Creditor | Claim | Term |
|---|---|---|

**D. Unsecured Claims:**

The Plan provides for a minimum 3% dividend payment to unsecured creditors in the amount of $224,036.72.

**E. Other Pertinent Provisions:**

Unless otherwise ordered by the court, all property of the estate as defined in 11 U.S.C. §§541 and 1306, including but not limited to, any appreciation in the value of real property owned by the debtors as of the commencement of the case, shall remain property of the estate during the term of the plan and shall vest in the debtors only upon the discharge. All property of the estate shall remain within the exclusive jurisdiction of the bankruptcy court. The debtors shall not transfer, sell or otherwise alienate property of the estate other than in accordance with the terms of the confirmed plan or other order of the bankruptcy court. The debtors shall be responsible for preserving and protecting property of the estate.

# CERTIFICATE OF SERVICE

      I hereby certify that on this date a true copy of this Order Confirming Chapter 13 Plan and Modification of Plan Prior to Confirmation, if any, was served, postage pre-paid upon the debtors, debtors' counsel of record, and all other interested parties who have filed a Notice of Appearance.

| | |
|---|---|
| Dated: April 8, 2010 | /s/: <u>Denise M. Pappalardo</u> |
| | Denise M. Pappalardo, Esq. |
| | Chapter 13 Trustee |
| | BBO # 553293 |
| | P. O. Box 16607 |
| | Worcester, MA 01608 |
| | |
| | By: <u>Valeria Elissetche</u> |
| | Paralegal |

## SERVICE LIST

MICHAEL DEMPSEY
PATRICIA COKKINOS-DEMPSEY
5 DARTMOUTH DRIVE
BILLERICA, MA 01821

NINA M. PARKER, ESQ.
PARKER & ASSOCIATES
10 CONVERSE PLACE, 2ND FLOOR
WINCHESTER, MA 01890

HSBC MORTGAGE SERVICES
PO BOX 21188
EAGAN, MN 55121-4201

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605
ATTN: RAMESH SINGH